IN THE UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF ARKANSAS
CENTRAL DIVISION

LINDA S. PATRICK                                        PLAINTIFF

V.                Case No. 4:25-CV-00014-KGB-BBM

LELAND DUDEK, Acting Commissioner,
Social Security Administration                                     DEFENDANT

## ORDER

Defendant's Unopposed Motion to Remand for Further Administrative Proceedings Pursuant to Sentence Four of 42 U.S.C. § 405(g), (Doc. 9), is GRANTED. Accordingly, the Acting Commissioner's decision is REVERSED, and this case is REMANDED for further administrative proceedings. This is a "sentence four" remand within the meaning of 42 U.S.C. § 405(g) and *Melkonyan v. Sullivan*, 501 U.S. 89 (1991).

SO ORDERED this 28th day of April, 2025.

_____
UNITED STATES MAGISTRATE JUDGE