IN THE UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF ARKANSAS
CENTRAL DIVISION

LINDA S. PATRICK                                                                                    PLAINTIFF

V.                            Case No. 4:25-CV-00014-KGB-BBM

LELAND DUDEK, Acting Commissioner,
Social Security Administration                                                                  DEFENDANT

## **JUDGMENT**

Consistent with today's Order, IT IS CONSIDERED, ORDERED, AND ADJUDGED that Judgment be entered for Plaintiff Linda S. Patrick, reversing the decision of the Commissioner and remanding this case to the Commissioner for further proceedings pursuant to sentence four of 42 U.S.C. § 405(g) and *Melkonyan v. Sullivan*, 501 U.S. 89 (1991).

DATED this 28th day of April, 2025.

_____
UNITED STATES MAGISTRATE JUDGE